Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Andrea Obando (Bar No. 312640)
andrea@kingsiegel.com
**KING & SIEGEL LLP**
601 University Ave., Ste. 275
Sacramento, CA 95825
tel:    (213) 465-4802
fax:    (213) 465-4803

Attorneys for Plaintiff Susana Patricia Stock

David R. Norton, SBN 291448
**PORTER SCOTT**
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
dnorton@porterscott.com

Attorneys for Defendants Board of Trustees
of the California State University And
Stephen Perez

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Susana Patricia Stock,** an individual; <br><br> Plaintiff, <br><br> vs. <br><br> **Board of Trustees of the State University,** a State agency**; Stephen Perez,** an individual; **and Does 1-10, inclusive;** <br><br> Defendants. | CASE NO. 2:24-cv-01043-DJC-DMC <br><br> Assigned to Hon. Daniel J. Calabretta <br><br> **ORDER AMENDING SCHEDULING ORDER** <br><br> **Complaint filed:**    April 8, 2024 |

**ORDER**

Upon review and consideration of the Parties' Stipulation, and good cause appearing, this Court hereby ORDERS the schedule be modified as follows:

- Fact Discovery Cutoff: 10/3/25
- Expert Disclosure Deadline: 10/31/2025
- Supplemental Disclosure Deadline: 11/28/2025
- Expert Discovery Cutoff Date: 12/26/2025
- Dispositive Motion Filing Deadline: 1/23/2026
- Dispositive Motion Hearing: 3/19/2026 at 1:30 PM
- Final Pretrial Conference: 5/21/2026 at 1:30 PM
- Jury Trial: 7/27/2026 at 8:30 AM.

**IT IS SO ORDERED.**

Dated:  February 14, 2025            /s/ Daniel J. Calabretta
                                     _____
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE