Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Andrea Obando (Bar No. 312640)
andrea@kingsiegel.com
**KING & SIEGEL LLP**
601 University Ave., Ste. 275
Sacramento, CA 95825
tel:    (213) 465-4802
fax:    (213) 465-4803

Attorneys for Plaintiff Susana Patricia Stock

David R. Norton, SBN 291448
**PORTER SCOTT**
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
dnorton@porterscott.com

Attorneys for Defendants Board of Trustees
of the California State University And
Stephen Perez

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Susana Patricia Stock,** an individual; | CASE NO. 2:24-cv-01043-DJC-DMC |
| Plaintiff, | Assigned to Hon. Daniel J. Calabretta |
| vs. | **ORDER AMENDING SCHEDULING ORDER** |
| **Board of Trustees of the State University,** a State agency**; Stephen Perez,** an individual**; and Does 1-10, inclusive;** | **Complaint filed:**     April 8, 2024 |
| Defendants. | |

## <u>ORDER</u>

Upon review and consideration of the Parties' Stipulation, and good cause appearing, this Court hereby ORDERS the schedule be modified as follows:

- Fact Discovery Cutoff: 4/17/26
- Expert Disclosure Deadline: 5/15/26
- Supplemental Disclosure Deadline: 6/12/26
- Expert Discovery Cutoff Date: 7/10/26
- Dispositive Motion Filing Deadline: 8/7/26
- Dispositive Motion Hearing: 9/17/26 at 1:30 PM
- Final Pretrial Conference: 1/14/27 at 1:30 PM
- Jury Trial: 3/8/27 at 8:30 AM.

Further, the Court advises that any further request for continuance must be made via a properly noticed motion and that no such request will be contemplated absent a showing of good cause.

**IT IS SO ORDERED.**

Dated:  July 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Order Amending Scheduling Order