IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSANA PATRICIA STOCK,

        Plaintiff,

        v.

BOARD OF TRUSTEES OF THE STATE UNIVERSITY, et al.,

        Defendants.

No.  2:24-CV-1043-DJC-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action.  No opposition to the pending motion for issuance of a foreign subpoena has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 25, 2026, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.

Dated:  March 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1