**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**Susana Patricia Stock,** an individual;

Plaintiff,

vs.

**Board of Trustees of the State University,** a State agency**; Stephen Perez,** an individual; **and Does 1-10, inclusive;**

Defendants.

CASE NO. 2:24-cv-01043-DJC-DMC

Assigned to Hon. Daniel J. Calabretta

**ORDER ADVANCING HEARING ON PLAINTIFF'S MOTION TO MODIFY THE SCHEUDLING ORDER**

**Complaint filed:** April 8, 2024

King & Siegel LLP

**ORDER**

Upon review and consideration of the Parties' Stipulation, and good cause appearing, this Court hereby ORDERS the following:

(1) The opposition deadline for Defendants' opposition to Plaintiff's Motion to Modify the Scheduling Order, ECF 45, shall be filed by no later than August 13, 2026;

(2) The reply deadline for Plaintiff's Motion shall be filed no later than August 17, 2026;

(3) The hearing on Plaintiff's Motion shall thereafter be submitted without hearing and without oral argument. If the Court subsequently concludes that oral argument is necessary, a hearing will be set, and the parties will be notified accordingly.

**IT IS SO ORDERED.**

Dated: August 5, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE