HIEU T. WILLIAMS (SBN 280585)
hwilliams@hkemploymentlaw.com
ADAM MALDONADO (SBN 267002)
amaldonado@hkemploymentlaw.com
ANDREA R. ZACHRICH (SBN 348187)
azachrich@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant Board of Trustees of the California State University and Stephen Perez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Susana Patricia Stock, an individual,

Plaintiff,

vs.

Board of Trustees of the California State University, a State agency; Stephen Perez, an individual; and Does 1-10, inclusive,

Defendants.

Case No. 2:24-cv-01043-DJC-DMC

**JOINT STIPULATION AND ORDER**

Judge: Daniel J. Calabretta

**TO ALL PARTIES AND THEIR COUNSEL:**

Following the informal discovery conferences held before Magistrate Judge Ila C. Deiss on November 4 and 9, 2026, Plaintiff Susana Patricia Stock and Defendants Board of Trustees of the California State University and Stephen Perez (the "Parties") enter into the following stipulation concerning mental health treatment records that Plaintiff produced after the August 14, 2026 close of fact discovery.

As used in this stipulation, "Talkspace Records" means (a) the records produced by Plaintiff from the treatment provider Talkspace, Bates-stamped STOCK002797–STOCK002826, and (b) any other records from Talkspace concerning Plaintiff's treatment through October 2, 2026, whether or not produced.



HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The Parties stipulate as follows with respect to the Talkspace Records:

1. Plaintiff shall not use the Talkspace Records on any motion, at any hearing, or at trial. No witness, including Plaintiff, shall testify about the Talkspace Records, related treatment, or the diagnoses in those records, unless it is determined by the court that Defendants have otherwise opened the door to such testimony at trial, (e.g., asking Plaintiff whether she received treatment during the relevant period).
2. Plaintiff shall not call any Talkspace provider as a witness at trial or at any hearing to testify as to the Talkspace Records, treatment related to those records, or the diagnoses in those records.
3. Dr. Bennett Williamson shall not rely on, refer to, or testify about the Talkspace Records or any information drawn from them. Any references to the Talkspace Records in Dr. Williamson's September 16, 2026, report shall be redacted by Plaintiff's counsel and approved by Defendants' counsel in order to comply with this Stipulation and Order. Dr. Williamson may not rely on the Talkspace Records in any capacity, including as evidence of Plaintiff's treatment, to show that Plaintiff's symptoms persist or that she is currently in treatment or needs treatment. Dr. Williamson may testify only as to his own diagnosis of Plaintiff, about Plaintiff's symptoms, and/or her treatment needs to the extent such testimony is based on his independent evaluation of Plaintiff, not based on any Talkspace treatment.
4. Order and reservation. The parties shall submit this stipulation as a proposed Order. This stipulation addresses only the matters expressly set forth herein. Nothing in this stipulation authorizes the use of any evidence of mental health treatment occurring after October 2, 2026, and Defendants reserve all objections to any such evidence. The parties reserve all rights and positions.

Dated: November 16, 2026

HIRSCHFELD KRAEMER LLP

By: ______________________

Hieu T. Williams
Adam Maldonado
Andrea R. Zachrich
Attorneys for Defendant Board of Trustees of the California State University and Stephen Perez

Dated: November 16, 2026

PORTER SCOTT

By: */s/ David Norton*

David Norton
Attorneys for Defendant Board of Trustees of the California State University and Stephen Perez

Dated: November 16, 2026

KING & SIEGEL LLP

By: */s/ Andrea Obando*

Julian Burns King
Robert J. King
Andrea Obando
Attorneys for Plaintiff Susana Patricia Stock

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ORDER**

The Court has reviewed the Parties' Joint Stipulation regarding the Talkspace Records, entered following the informal discovery conferences held on November 4 and 9, 2026. Good cause appearing, the Court APPROVES the Stipulation and finds as follows:

Plaintiff produced the Talkspace Records, as defined in the Stipulation, after the August 14, 2026 close of fact discovery. The Parties have agreed to the limitations set forth in the Stipulation to resolve the dispute regarding that production.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall not use the Talkspace Records on any motion, at any hearing, or at trial. No witness, including Plaintiff, shall testify about the Talkspace Records, related treatment, or the diagnoses in those records, unless the Court determines that Defendants have otherwise opened the door to such testimony at trial.
2. Plaintiff shall not call any Talkspace provider as a witness at trial or at any hearing to testify as to the Talkspace Records, treatment related to those records, or the diagnoses in those records.
3. Dr. Bennett Williamson shall not rely on, refer to, or testify about the Talkspace Records or any information drawn from them. References to the Talkspace Records in Dr. Williamson's September 16, 2026 report shall be redacted as agreed by the Parties. Dr. Williamson shall not rely on the Talkspace Records in any capacity, including as evidence of Plaintiff's treatment, to show that Plaintiff's symptoms persist, or to show that she is currently in treatment or needs treatment. Dr. Williamson may testify as to his own diagnosis of Plaintiff, Plaintiff's symptoms, and her treatment needs only to the extent such testimony is based on his independent evaluation of Plaintiff and not on any Talkspace treatment.
4. Nothing in this Order authorizes the use of any evidence of mental health treatment occurring after October 2, 2026. Defendants' objections to any such evidence are

preserved. Except as expressly set forth herein, all Parties reserve their rights, objections, and positions.

IT IS SO ORDERED.

Dated: November 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE